Kevin H. Breck, WSBA No. 39183
WINSTON & CASHATT
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEIDI J. DANEKAS, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, d/b/a WASHINGTON MUTUAL BANK, F.A., a Washington Banking Corporation,<br><br>Defendant. | No. CV-08-070-EFS<br><br>ORDER OF DISMISSAL |

Pursuant to the Stipulation of the parties, it is hereby ordered that this matter is hereby dismissed with prejudice and without costs or fees awarded to either

//

//

ORDER OF DISMISSAL
PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

party.

DATED this 5th day of August, 2008.

                              s/ Edward F. Shea
                              JUDGE

I hereby certify that on August 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Chris A. Montgomery
Montgomery Law Firm

Attorney for Plaintiff

                              s/Kevin H. Breck, WSBA No. 39183
                              WINSTON & CASHATT
                              Attorney for Defendant
                              601 W. Riverside, Ste. 1900
                              Spokane, WA 99201
                              (509) 838-6131
                              Facsimile: (509) 838-1416
                              E-mail Address:
                              khb@winstoncashatt.com

Presented By:

s/Kevin H. Breck WSBA No. 39183
Kevin H. Breck

s/Chris A. Montgomery WSBA No. 12377
Chris A. Montgomery

ORDER OF DISMISSAL
PAGE 2

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131